# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 181 WAL 2017 |
|---|---|---|
| Respondent | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| MATTHEW LEE SMITH, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.